**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | | |
|---|---|---|---|
| IN RE: | ) | | |
| | ) | | |
| GREGORY PERKINS | ) | | |
| | ) | Chapter: | 7 |
| | ) | | |
| | ) | Case No: | 24-04363 |
| Debtor. | ) | | |
| | ) | Judge: | Hon. Donald R. Cassling |

**NOTICE OF TRUSTEE'S MOTION TO EXTEND TIME TO**
**OBJECT TO DISCHARGE UNDER §727**

TO:   See Attached Service List

PLEASE TAKE NOTICE that on June 11, 2024, at 9:30 a.m., I will appear before the Honorable Donald R. Cassling, or any judge sitting in that judge's place, and present the motion to extend time to object to discharge, a copy of which is attached.

**This motion will be presented and heard electronically using Zoom for Government.** No personal appearance in court is necessary or permitted. To appear and be heard on the motion, you must do the following:

**To appear by video**, use this link: https://www.zoomgov.com/. Then enter the meeting ID and password.

**To appear by telephone**, call Zoom for Government at 1-669-254-5252 or 1-646-828-7666. Then enter the meeting ID and passcode.

**Meeting ID and password.**  The meeting ID for this hearing is 161 414 7941 and the password is 619.  The meeting ID and password can also be found on the judge's page on the court's web site.

**If you object to this motion** and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before that date. If a Notice of Objection is timely filed, the motion will be called on the presentment date. If no Notice of Objection is timely filed, the court may grant the motion in advance without a hearing.

By: /s/ Alex D. Moglia /s/

Moglia Advisors
1325 Remington Rd, Ste. H
Schaumburg, IL 60173
847 884-8282
amoglia@mogliaadvisors.com

## CERTIFICATE OF SERVICE

I, Karen Nandapreecha, on oath state that I caused to be served this Notice and proposed Order by mailing and/or electronically serving where available a copy to all parties shown and depositing same in the U.S. Mail at 1325 Remington Road, Suite H, Schaumburg, IL before 5:45 p.m. on June 4, 2024, with proper postage prepaid.

/s/ Karen Nandapreecha /s/

## Service List

## Electronic Mail Notice List

- Adam R Bowers    abowers@grassolaw.com
- John J Conway    johnconway@shlawfirm.com
- Kathryn A Klein    iln@riezmanberger.com, rbadmin@ecf.courtdrive.com
- Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
- Alex D Moglia    amoglia@mogliaadvisors.com, IL31@ecfcbis.com
- Gregory Perkins    gep.pinnacle@gmail.com

## Manual Notice List

Ally Bank, c/o AIS Portfolio Services, LLC
4515 N Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | |
| GREGORY PERKINS ) | |
| ) | Chapter:    7 |
| ) | |
| ) | Case No:   24-04363 |
| Debtor. ) | |
| ) | Judge:    Hon. Donald R. Cassling |

**TRUSTEE'S MOTION TO EXTEND
TIME TO OBJECT TO DISCHARGE UNDER §727**

NOW COMES **Alex D. Moglia, TRUSTEE,** moves this honorable Court to extend the time within which to bring an Objection to Discharge under 11 U.S.C. §727. In support hereof, Trustee respectfully states as follows:

1. Alex D. Moglia is the duly appointed and serving Trustee in this case ("Trustee"), which was filed on March 26, 2024.

2. The original Chapter 7 meeting of creditors herein was set for April 23, 2024.

3. The Trustee requires and has requested additional information from the Debtor. Accordingly, the Trustee needs additional time for receipt and review of the requested documentation and information.

4. The deadline to file objections pursuant to §727 of the Code is June 24, 2024. Accordingly, the Trustee requests an extension of the deadline pursuant to §727 to and including August 23, 2024, in order to conduct a complete investigation into any Estate assets and compliance by the Debtor.

**WHEREFORE,** the Trustee, Alex D. Moglia, respectfully requests this Court enter an Order extending the time within which to bring an Objection to Discharge by the Trustee to and

including August 23, 2024, and for any such other relief as this Court deems just and equitable.

|  |  |
|---|---|
| DATED: June 4, 2024 | Respectfully submitted:<br>**ALEX D. MOGLIA, TRUSTEE** |
|  | By: /s/Alex D. Moglia /s/<br>Alex D. Moglia |

Prepared By:
Alex D Moglia, ESQ
Moglia Advisors
1325 Remington Rd, Ste. H
Schaumburg, IL 60173
847 884-8282
amoglia@mogliaadvisors.com