UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 |
| | ) | |
| GREGORY PERKINS | ) | CASE NO. 24-04363 |
| | ) | |
| DEBTOR. | ) | HON.  DONALD R. CASSLING |
| | ) | |

**NOTICE OF MOTION**

TO:   See attached list

PLEASE TAKE NOTICE that on **Tuesday, June 18, 2024, at 9:00 a.m.**, I will appear before the Honorable Donald R. Cassling, or any judge sitting in that judge's place, **either** in courtroom 619 of the Everett McKinley Dirksen United States Courthouse, 219 S. Dearborn Street, Chicago, IL 60604, or electronically as described below, and present the **Motion of the United States Trustee to Extend Time to File Objection to Discharge Under 727 and to File Motion to Dismiss**, a copy of which is attached.

**Important: Only parties and their counsel may appear for presentment of the motion electronically using Zoom for Government. All others must appear in person.**

**To appear by Zoom using the internet,** go to this link: https://www.zoomgov.com/. Then enter the meeting ID and passcode.

**To appear by Zoom using a telephone**, call Zoom for Government at 1-669-254-5252 or 1-646-828-7666. Then enter the meeting ID and passcode.

**Meeting ID and passcode.**  The meeting ID for this hearing is **161 414 7941** and the passcode is **619.** The meeting ID and passcode can also be found on the judge's page on the court's web site.

**If you object to this motion** and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before that date. If a Notice of Objection is timely filed, the motion will be called on the presentment date. If no Notice of Objection is timely filed, the court may grant the motion in advance without calling it.

*/s/ M. Gretchen Silver*
M. Gretchen Silver, Trial Attorney
Office of the United States Trustee
219 S. Dearborn, Room 873
Chicago, Illinois 60604
(312) 353-5054

1

## CERTIFICATE OF SERVICE

I, M. Gretchen Silver,

[X ] an attorney, certify - or –

[  ] a non-attorney, declare under penalty of perjury under the laws of the United States of America

certify that on June 4, 2024,   I caused to be served copies of this Notice, the attached Motion, and Proposed Order on the ECF Registrants shown below *via* the Court's Electronic Notice for Registrants and for all other entities listed on the service list, *via* First Class US Mail by BMC Group. A supplement to this Certificate of Service from BMC Group will be filed.

/s/ M. Gretchen Silver

## SERVICE LIST

**Registrants Served Through the Court's Electronic Notice for Registrants:**

- **Adam R Bowers**    abowers@grassolaw.com
- **John J Conway**    johnconway@shlawfirm.com
- **Kathryn A Klein**    iln@riezmanberger.com, rbadmin@ecf.courtdrive.com
- **Patrick S Layng**    USTPRegion11.ES.ECF@usdoj.gov
- **Alex D Moglia**    amoglia@mogliaadvisors.com, IL31@ecfcbis.com
- **Gregory Perkins**    gep.pinnacle@gmail.com

**Parties Served via First Class Mail:**

Gregory Perkins
14420 2nd Ave
Orland Park, IL 60462

**Ally Bank, c/o AIS Portfolio Services, LLC**
4515 N Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 |
| | ) | |
| GREGORY PERKINS | ) | CASE NO. 24-04363 |
| | ) | |
| DEBTOR. | ) | HON.  DONALD R. CASSLING |

**MOTION OF THE UNITED STATES TRUSTEE FOR AN EXTENSION
OF TIME TO OBJECT TO DISCHARGE AND TO FILE MOTION TO DISMIS**

NOW COMES PATRICK S. LAYNG, the United States Trustee for the Northern District of Illinois, by his attorney, M. Gretchen Silver, and pursuant to 11 U.S.C. § 727(c)(1) and Fed. R. Bankr. P. 4004(b), hereby requests this Court to grant an extension of time to object to the discharge of Gregory Perkins (the "Debtor") and to file a motion dismiss the Debtor's case for abuse pursuant to 11 U.S.C. § 707 and Fed. R. Bankr. P. 1017(e)(1). In support of this request, the U.S. Trustee states as follows:

1. This Court has jurisdiction to consider this Motion pursuant to 28 U.S.C. § 1334. Venue is proper in this district pursuant to 28 U.S.C. §§ 1408 and 1409.

2. This is a core proceeding concerning the administration of this estate pursuant to 28 U.S.C. § 157(b)(2)(A) which this Court may hear and determine pursuant to IOP 15(a) and Local Rule 40.3.1 of the United States District Court for the Northern District of Illinois.

3. On March 26, 2024 (the "Petition Date"), the Debtor filed his voluntary petition for relief Chapter 7 of the Bankruptcy Code. On or about that same date, Alex G. Moglia (the "Chapter 7 trustee") was appointed Chapter 7 Trustee in the Debtor's case.

4. The Debtor indicated his debts are primarily consumer debts.

5. Schedule E/F [Dkt. 26] reflects $154,200 of unsecured debt.

3

6. Schedule I [Dkt. 26] reflects the Debtor is employed as a consultant at Phase II Consulting and has monthly gross income of $4,000. per month. The Debtor's non-filing spouse is a nurse with a monthly gross income of $6,200 per month.

7. Contemporaneously with the filing of this Motion, the U.S. Trustee is filing a motion seeking authority to conduct a Rule 2004 examination of the Debtor.

8. On April 23, 2024, the Debtor appeared for examination pursuant to 11 U.S.C. § 341 (the "341 Meeting") and testified under oath before the Chapter 7 Trustee. The 341 was continued to May 31, 2024 and then continued a second time to June 11, 2024.

9. The last date to object to the Debtor's discharge under § 727 or to file a motion to dismiss under § 707 is currently set for June 24, 2024.

10. Based on the above, the U.S. Trustee requests additional time to investigate whether there may be a basis to object to the Debtor's discharge pursuant to 11 U.S.C. § 727(a) or to file a motion to dismiss the Debtor's case pursuant to 11 U.S.C. § 707(b).

WHEREFORE, the U.S. Trustee respectfully asks the Court to extend the deadlines to object to the Debtor's discharge under § 727(a) and to file a motion to dismiss the Debtor's case under § 707 through and including August 23, 2024, and for such other relief as this Court deems just.

RESPECTFULLY SUBMITTED:

PATRICK S. LAYNG
UNITED STATES TRUSTEE

DATED: June 4, 2024

By:/s/ M. Gretchen Silver
M. Gretchen Silver, Trial Attorney
Office of the United States Trustee
219 S. Dearborn, Room 873
Chicago, Illinois 60604
(312) 353-5054