Form G-3 (20240417)

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

In re: Gregory Perkins ) Chapter 7
)
) No. 24-04363
)
Debtor(s) ) Judge Donald R. Cassling

## NOTICE OF MOTION

TO: See attached list

     PLEASE TAKE NOTICE that on June 18, 2024, at 9:30 AM, I will appear before the Honorable Donald R. Cassling, or any judge sitting in that judge's place, **either** in courtroom 619 of the Everett McKinley Dirksen United States Courthouse, 219 S. Dearborn Street, Chicago, IL 60604 **or** electronically as described below, and present the motion of PNC Bank, National Association [to/for] Relief from the Automatic Stay, a copy of which is attached.

     **Important: Only parties and their counsel may appear for presentment of the motion electronically using Zoom for Government. All others must appear in person.**

     **To appear by Zoom using the internet**, go to this link: https://www.zoomgov.com/. Then enter the meeting ID and passcode.

     **To appear by Zoom using a telephone**, call Zoom for Government at 1-669-254-5252 or 1-646-828-7666. Then enter the meeting ID and passcode.

     **Meeting ID and passcode.** The meeting ID for this hearing is 161 414 7941, and the passcode is 619. The meeting ID and passcode can also be found on the judge's page on the court's web site.

     **If you object to this motion** and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before that date. If a Notice of Objection is timely filed, the motion will be called on the presentment date. If no Notice of Objection is timely filed, the court may grant the motion in advance without calling it.

                                         By: /s/ Maria C. Sanchez

                                           Maria C. Sanchez (#6331588)
                                           HEAVNER, BEYERS & MIHLAR, LLC
                                           Attorneys at Law
                                           601 East William Street
                                           Decatur, IL 62523
                                           Email: bkdept@hsbattys.com
                                           Telephone: (217) 422-1719
                                           Facsimile: (217) 422-1754

## CERTIFICATE OF SERVICE

I, Maria C. Sanchez                ,

☒ an attorney, certify

- or -

☐ a non-attorney, declare under penalty of perjury under the laws of the United States of America

that I served a copy of this notice and the attached motion on each entity shown on the attached list at the address shown and by the method shown on _____June 10, 2024_____, at  5:00 p.m.

                                      /s/ Maria C. Sanchez
                                      [Signature]

## SERVICE LIST

**Service by Mail:**

Gregory Perkins
14420 2nd Ave
Orland Park, IL 60462

**Service by Electronic Notice through ECF:**

Alex D. Moglia
1325 Remington Road, Suite H
Schaumburg, IL 60173

Patrick S. Layng
United States Trustee (Region 11)
219 S. Dearborn Street Room 873
Chicago, IL 60604

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In Re: | Case No. 24-04363 |
| Gregory Perkins, | Chapter 7 |
| Debtor. | Honorable Donald R. Cassling |

**MOTION FOR RELIEF FROM THE AUTOMATIC STAY**

NOW COMES PNC Bank, National Association ("Movant"), by and through its attorneys, Heavner, Beyers & Mihlar, LLC, and hereby moves this Court for an entry of an order for relief from the automatic stay, pursuant to 11 U.S.C. §362, with respect to certain Vehicle of the Debtor commonly known as 2020 Jeep Grand Cherokee, VIN: 1C4RJFAG5LC153642 ("Vehicle"). The Required Statement is attached hereto as Exhibit "A", in accordance with Local Rule 4001-1. In further support of this Motion, Movant respectfully states:

1. Debtor filed a petition under Chapter 7 of the United States Bankruptcy Code on March 26, 2024.

2. Movant is a secured creditor by virtue of a Retail Installment Contract ("Contract") in the original amount of $35,160.82. Pursuant to said Contract, Movant was granted a security interest in a 2020 Jeep Grand Cherokee, VIN: 1C4RJFAG5LC153642, which was perfected by Movant recording its lien on the title to the Vehicle. A copy of the Contract and Certificate of Title are attached hereto and made a part hereof as Exhibit "B" and Exhibit "C", respectively.

3. The Debtor is the owner of said Vehicle and said Vehicle was included in the Debtor's Bankruptcy Petition.

4. Alex D. Moglia is the Trustee duly appointed by law.

5. As of May 24, 2024, the outstanding amount of the Debtor's obligation under the Contract is $19,528.26. The loan was charged off on February 29, 2024 for failure to make payments.

6. In addition to the other amounts due to Movant reflected in this Motion, as of the date hereof, in connection with seeking the relief requested herein, Movant has also incurred attorneys' fees of $450.00 and costs of $199.00. Movant reserves all rights to seek an award or allowance of such fees and expenses in accordance with applicable loan documents and related agreements, the Bankruptcy Code and otherwise applicable law.

7. The estimated market value of the vehicle is $22,000.00. The basis for such valuation is the Debtor's Value.

8. Upon information and belief, the aggregate amount of encumbrances on the Vehicle listed in the Schedules or otherwise known, including but not limited to the encumbrances granted to Movant, is $19,528.26.

9. Pursuant to 11 U.S.C. §362(d), cause exists to grant Movant relief from the automatic stay for the following reasons:

A. Movant's interest in the Vehicle is not adequately protected as the fair market value of the Vehicle is declining and payments are not being made to Movant sufficient to protect Movant's interest against that decline; and there is a continuing daily increase in the total amount outstanding and chargeable against said Vehicle for interest and costs due under the Contract.

B. The Debtor's obligation under the Contract is in default and the Debtor is contractually due for the full loan payoff in the amount of $19,528.26 as the loan was charged off on February 29, 2024 due to non-payment on the loan.

10. Pursuant to 11 U.S.C. §362(d)(2)(A), the Debtor has no non exempt equity in the Vehicle; and pursuant to §362(d)(2)(B), the Vehicle is not necessary for an effective reorganization. Any perceived equity is of inconsequential value to the estate.

WHEREFORE, Movant prays that this court enter an order terminating or modifying the automatic stay and granting the following:

1. Relief from the Stay allowing Movant, its successors and assignees, to proceed under applicable nonbankruptcy law to enforce its remedies to obtain possession of the Vehicle.

2. That the Order be binding and effective despite any conversion of this bankruptcy case to a case under any other Chapter of Title 11 of the United States Code.

3. The 14 day stay described by Federal Rule of Bankruptcy Procedure 4001(a)(3) is waived.

4. For such other relief as the court deems proper.

PNC Bank, National Association,

By:   /s/ Maria C. Sanchez
      Maria C. Sanchez
      One of its attorneys

Maria C. Sanchez (#6331588)
HEAVNER, BEYERS & MIHLAR, LLC
Attorneys at Law
601 East William Street
Decatur, IL 62523
Email: bkdept@hsbattys.com
Telephone: (217) 422-1719
Facsimile: (217) 422-1754
This law firm is deemed to be a debt collector.