UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: ) | BK No.: | 24-04363 |
| GREGORY PERKINS ) | | |
| ) | Chapter: | 7 |
| ) | Honorable Donald R. Cassling | |
| ) | | |
| ) | | |
| Debtor(s) ) | | |

**ORDER GRANTING MOTION TO EXTEND TIME TO OBJECT TO DISCHARGEABILITY OF DEBT UNDER § 523 AND TO OBJECT TO DISCHARGE UNDER § 727**

This matter coming before the Court for a hearing on the Motion of Jordan and Morgan Estates, LLC and Sage Workinger to Extend Time to Object to Discharge and Dischargeability, notice of the Motion having been due and proper, the Court having jurisdiction over this core proceeding, the Court being otherwise fully advised in the premises, and good cause shown;

IT IS HEREBY ORDERED that:

1. The motion is granted;

2. That the last day for Jordan and Morgan Estates, LLC and Sage Workinger to file complaint objection to the to dischargeability of debt pursuant to 11 U.S.C. § 523 is extended to and including September 15, 2024; and

3. That the last day for Jordan and Morgan Estates, LLC and Sage Workinger to bring an objection to Debtor's discharge under 11 U.S.C. § 727 is extended to and including September 15, 2024.

Enter: *Donald R. Cassling*

Honorable Donald R. Cassling
United States Bankruptcy Judge

Dated: July 02, 2024

**Prepared by:**

Martin J. Wasserman
ARDC# 6294040
CARLSON DASH, LLC
216 S. Jefferson St., Suite 303
Chicago, IL 60661
Telephone: (312) 382-1600
E-mail: mwasserman@carlsondash.com